UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24117-CIV-SMITH

John Doe,

    Plaintiff,

v.

Volodymyr Mykolayovych Synelnyk, *et al.*,

    Defendants.
_____/

**ORDER TO SHOW CAUSE**

This cause came before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed this action on September 09, 2025, and to date, there is no indication in the court file that Defendant has been served with the summons and complaint. It is therefore

**ORDERED** that on or before **February 11, 2026**, Plaintiff shall perfect service upon Defendant or show cause why this action should not be dismissed for failure to perfect service of process. Failure to comply with this order will result in the dismissal of this matter without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of February, 2026.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record